THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. FLORENCIO LERMA, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued October 17, 1924; decided November 25, 1924.)

APPEAL from a judgment of the Supreme Court, rendered February 14, 1924, at a Trial Term for the county of Erie, upon a verdict convicting the defendant of the crime of murder in the first degree.

*John H. Clogston* and *John L. George* for appellant.
*Guy B. Moore, District Attorney (Walter F. Hofheins* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: HISCOCK, Ch. J.

---

ELMER E. KNIGHT, Respondent, v. SHERMAN BROWN
et al., Appellants.

*Commissions — action by real estate broker to recover commissions upon sale of real property — denial of employment.*

*Knight* v. *Brown*, 195 App. Div. 950, affirmed.

(Argued October 17, 1924; decided November 25, 1924.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 11, 1921, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury. The action was to recover commissions alleged to be due plaintiff, a real estate broker, for selling a farm owned by defendants. The answer denied employment of the plaintiff.

*Edmund B. Jenks* for appellants.
*T. B. Merchant* and *Herbert C. Kibbe* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: HISCOCK, Ch. J.